# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ᴅᴠꜰ    DEPUTY

| UNITED STATES OF AMERICA, PLAINTIFF, v. CHANCE BRANNON and TIBET ERGUL, DEFENDANTS | **WARRANT FOR ARREST** ON COMPLAINT CASE NO.: 8:23-mj-00304-DUTY-2 |
|---|---|

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **TIBET ERGUL** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him/her with Use of a Firearm or Explosive to Damage Real Property Affecting Interstate Commerce, in violation of Title 18, United States Code, Section 844(i).

REC: BY AUSA            [Detention]

June 12, 2023
Date

Hon. Douglas F. McCormick
Name of Magistrate Judge

*[signature]*
Signature of Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at (location):

755 TURTLE CREST IRVINE, CA 92603

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/14/23 | FBI SPECIAL AGENT JENNIFER HIRSCH | *[signature]* |
| DATE OF ARREST 6/14/23 | | |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

**WARRANT FOR ARREST ON COMPLAINT**                Page 1 of 2